■ DAWN M. KERNS et al., Respondents, v NORMA C. PANAHON et al., Appellants, et al., Defendant.—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.

■ QUALITY PACKAGING SUPPLY CORP., Respondent, v R.H. CARLSON CO., INC., Appellant.—

Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.